LOPEZ MCHUGH LLP
Troy Alexander Brenes (Bar No. 249776)
tbrenes@lopezmchugh.com
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
Telephone: (949) 737-1501
Facsimile: (949) 737-1504

Attorneys for PLAINTIFF

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Karin Kramer (Bar No. 87346)
karinkramer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for DEFENDANT PFIZER INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINE LOWE,<br><br>               Plaintiff,<br><br>     v.<br><br>PFIZER, INC.; and DOES 1 through 10, inclusive,<br><br>               Defendants. | CASE NO.: 1:13-cv-01663-LJO-BAM<br><br>**ORDER GRANTING JOINT MOTION TO STAY PENDING TRANSFER TO MDL** |

     Plaintiff Faustine Lowe ("Plaintiff") and Defendants Pfizer Inc. and DOES 1 through 10 ("Defendants") move jointly to apprise this Court that the Judicial Panel on Multidistrict Litigation ("JPML") has created an MDL centralizing Lipitor actions like this one in the District of South Carolina. A copy of the JPML's February 18, 2014 Order is attached as Exhibit A. This case is expected to be transferred to the MDL within the next two weeks. Accordingly, the parties respectfully move this Court to stay further proceedings in this matter, including the initial scheduling conference set for February 27, 2014.

     For the reasons sets forth above, the Court

1. GRANTS the parties Joint Motion to Stay Pending Transfer to MDL. (Doc. 11). This action is HEREBY STAYED until the MDL Panel issues its order on the pending motion to transfer;

2. VACATES the INITIAL SCHEDULING CONFERENCE set for February 27, 2014 in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **February 24, 2014**      /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

03482.62783/5776711.2

-2-
[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PENDING TRANSFER TO MDL